

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-14-00244-CR

Isaiah **MATA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8191
Honorable Raymond Angelini, Judge Presiding

## O R D E R

Appellant's brief was due June 26, 2014, but it was not filed. This court notified appellant's court-appointed counsel, William L. Baskette Jr., of the deficiency by letter on June 30. *See* TEX. R. APP. P. 38.8(b)(2). Our letter required a response by July 10, and advised counsel that this appeal would be abated for an abandonment hearing if he failed to timely respond.

Counsel has not filed appellant's brief or otherwise responded to our letter. Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we **abate** this appeal, **remand** the case to the trial court, and **order** the trial court to conduct a hearing to determine:

(1) whether appellant desires to prosecute his appeal, and

(2) whether counsel has abandoned the appeal. The trial court must take steps to ensure effective assistance of counsel, including the appointment of new counsel if necessary.

The trial court may, in its discretion, receive evidence on the first issue by sworn affidavit from the appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

The trial court is further **ordered** to make written findings and conclusions on these issues. The clerk and court reporter are **ordered** to file in this court, no later than **August 14, 2014**, (1) a reporter's record of the hearing, and (2) a supplemental clerk's record containing the court's written findings of fact, conclusions of law, and recommendations addressing the above issues. *See* TEX. R. APP. P. 38.8(b)(3).

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.



_____
Keith E. Hottle
Clerk of Court